IN THE MATTER OF THE PETITION
FOR REINSTATEMENT OF
FERDINAND UCHECHUKWU
IBEBUCHI TO THE BAR OF
MARYLAND

\*
\*
\*
\*
\*
\*
\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 67

September Term, 2022

# O R D E R

Upon consideration of Ferdinand Uchechukwu Ibebuchi's petition for reinstatement to the Bar of Maryland and Bar Counsel's response to the petition, it is this 31st day of May 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted with the condition that Ferdinand Ucheckukwu Ibebuchi comply with the parties' March 27, 2024 conditional diversion agreement; and it is further

ORDERED that the Clerk shall replace the name Ferdinand Ucheckukwu Ibebuchi on the register of attorneys entitled to practice law in Maryland and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Matthew J. Fader
Chief Justice